IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-677-KDB-DCK

| | |
|---|---|
| ROVSHAN SADE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEVILLE SOLAR ONE LLC, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Jonathan D. Sasser, concerning Michael J. McNamara, on February 22, 2023. Michael J. McNamara seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Michael J. McNamara is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 23, 2023

David C. Keesler
United States Magistrate Judge