# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO.  3:22-CV-677-KDB-DCK

| | | |
|---|---|---|
| **ROVSHAN SADE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SEVILLE SOLAR ONE LLC,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Jonathan D. Sasser, concerning Gregory J. Penoyer, on February 22, 2023.  Gregory J. Penoyer seeks to appear as counsel *pro hac vice* for Defendant.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**.  Gregory J. Penoyer is hereby admitted *pro hac vice* to represent Defendant.

       **SO ORDERED**.

Signed: February 23, 2023

David C. Keesler
United States Magistrate Judge